# MEMORANDUM DECISIONS

THE ADRIATIC. (Circuit Court of Appeals, Third Circuit. December 12, 1911.) Nos. 63, 64 (1,543). Appeal from the District Court of the United States for the Eastern District of Pennsylvania. Henry R. Edmunds, for the Olaf Kyrre. Howard H. Yokum (J. Rodman Paul, on the brief), for the Adriatic. Before GRAY, BUFFINGTON, and LANNING, Circuit Judges.

PER CURIAM. These are cross-appeals from the decree of the District Court of the United States for the Eastern District of Pennsylvania, entered in favor of libelant for $1,109.72, to cover one-half of the libelant's damages and costs, caused by the negligence of respondent's tug Adriatic while assisting and taking libelant's steamship Olaf Kyrre out of the dock into the stream from one of the piers in the port of Philadelphia. A careful examination of all the testimony brought up by these appeals and the findings of fact by the learned judge of the court below convinces us that there was no error in the conclusion that "the damage caused by the accident was the result of the combined fault of the tug and the master of the steamship, so that each should be responsible for one-half the damages and costs. The decree of the court below (183 Fed. 867) is therefore affirmed.

---

BREESE et al. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. November 9, 1911.) No. 973. In Error to the District Court of the United States for the Western District of North Carolina, at Asheville. Charles A. Moore, Thomas S. Rollins, Locke Craig, and Adams & Adams, for plaintiffs in error. A. E. Holton, U. S. Atty. See, also, 173 Fed. 402.

PER CURIAM. Certified to Supreme Court of the United States on questions and propositions of law. Certificate filed.

---

FOSTER v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit, June 14, 1911. Rehearing Denied November 23, 1911.) No. 1,012. In Error to the District Court of the United States for the Western District of Virginia, at Roanoke. For former opinion, see 188 Fed. 305, 110 C. C. A. 283. Hairston & Willis, for plaintiff in error. Barnes Gillespie, U. S. Atty.

PER CURIAM. Judgment of District Court (183 Fed. 626) reversed, and cause remanded, with directions to set aside the verdict and grant a new trial.

---

THE GEORGE HILL. (Circuit Court of Appeals, Second Circuit. February 13, 1912.) Appeal from the District Court of the United States for the Eastern District of New York. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. The appellant cannot appear in forma pauperis in this court, as Act July 20, 1892, c. 209, 27 Stat. 252 (U. S. Comp. St. 1901, p. 706), does not apply to appellate courts. Bradford v. Railroad Co., 195 U. S. 243, 25 Sup. Ct. 55, 49 L. Ed. 178, The Presto (in admiralty) 93 Fed. 522, 35 C. C. A. 394. In view of the peculiar circumstances of this case, we think the bond required by rule 2 of this court (150 Fed. cxxxvi, 79 C. C. A. cxxxvi) may be dispensed with. Appellant may also dispense with the printing of the record, and the court will hear the appeal upon a typewritten copy thereof. Appellee's motion to dismiss the appeal is denied.